**Order entered November 14, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00086-CR
## No. 05-14-00087-CR

**JOSEPH JULIAN GUERRA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 219-82353-2012, 219-81886-2013**

## ORDER

Appellant's November 10, 2014 unopposed motion to amend appellant's brief is **GRANTED**. Appellant's amended brief received by the Clerk of the Court on November 10, 2014 is **DEEMED** timely filed on the date of this order. We **STRIKE** appellant's brief filed with the Clerk of the Court on November 7, 2014.

The State's brief shall be due **THIRTY DAYS** from the date of this order.

/s/     LANA MYERS
        JUSTICE